| | |
|---|---|
| Debtor **JC TopCo, Inc.** Name | EIN: 84–3347681 |
| United States Bankruptcy Court  District of Delaware | Date case filed for chapter: 7  3/8/25 |
| Case number: 25–10402–BLS | |

## Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).**

| | | |
|---|---|---|
| 1. **Debtor's full name** | JC TopCo, Inc. | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 2345 Grand Blvd. Ste. 2400 Kansas City, MO 64108 | |
| 4. **Debtor's attorney** Name and address | Zachary I Shapiro Richards, Layton & Finger, P.A. 920 North King Street, P.O. Box 551 Wilmington, DE 19801 | Contact phone 302–651–7700 Email:  shapiro@rlf.com |
| 5. **Bankruptcy trustee** Name and address | Alfred T. Giuliano Giuliano Miller & Co., LLC 2301 E. Evesham Road Pavillion 800, Suite 210 Voorhees, NJ 08043 | Contact phone 856–767–3000 Email:  atgiuliano@giulianomiller.com |
| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM Contact phone 302–252–2900 Date: 3/11/25 |
| 7. **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 3, 2025 at 12:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All times listed are in EST. | Location: **Zoom video meeting. Go to www.Zoom.us/join, Enter Meeting ID: 785 696 6934, Passcode: 0128776228, OR Call 1(856) 329–7752** For additional information go to https://www.deb.uscourts.gov/virtual–341–meetings–creditors |
| 8. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

In re:

JC TopCo, Inc.

Debtor

Case No. 25-10402-BLS

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 2

Date Rcvd: Mar 11, 2025      Form ID: 309C      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 19810323 | + Email/Text: michael.brittingham@delaware.gov | | Department of Labor, Division of Unemployment |
| | | Mar 11 2025 20:04:00 | Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 19810322 | + Email/Text: REV_Bankruptcy_General@state.de.us | | State of Delaware, Division of Revenue, 820 N. |
| | | Mar 11 2025 20:04:00 | French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alfred T. Giuliano | atgiuliano@giulianomiller.com<br>ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| Zachary I Shapiro | on behalf of Debtor JC TopCo Inc. shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |

District/off: 0311-1

Date Rcvd: Mar 11, 2025

TOTAL: 3

User: admin

Form ID: 309C

Page 2 of 2

Total Noticed: 2